1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6   ZACHARY L. WEIR,

7              Plaintiff,                    No. C 13-1827 EDL (PR)

8        v.                                  **ORDER OF TRANSFER**

9   JUSTICE McCONNELL, et. al.,

10             Defendants.
    _____/

11

12        This is a civil rights case brought pro se by a state prisoner.  The majority of acts

13   complained of regard plaintiff's state habeas petitions that were issued in San Diego

14   County, which lies within the venue of the United States District Court for the Southern

15   District of California, and nearly all defendants reside there as well.[1]  Venue, therefore,

16   properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

17        This case is **TRANSFERRED** to the United States District Court for the Southern

18   District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not

19   rule upon plaintiff's request for leave to proceed in forma pauperis.

20        **IT IS SO ORDERED.**

21   Dated: April 30, 2013.

22                                           ELIZABETH D. LAPORTE
                                             United States Chief Magistrate Judge

23

24   G:\PRO-SE\EDL\CR.13\Weir1827.trn.wpd

25

26
    _____

27        [1]Plaintiff alleges that several state judges violated his due process rights by issuing
28   summary habeas denials.  All of the defendants are Appellate Judges of the Fourth Appellate
    District based in San Diego, except for the Chief Judge of the California Supreme Court based
    in San Francisco.

United States District Court
For the Northern District of California